AUSA:   Susan Fairchild          Telephone:  (313) 226-9577
Agent:          Jason Messenger          Telephone:  (734) 676-2972

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Elvin Antonio MALDONADO-MALDONADO

Case: 2:25−mj−30472
Assigned To : Unassigned
Assign. Date : 7/23/2025
Description: CMP USA v
Maldonado−Maldonado (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 19, 2025 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 8 USC 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_Jason Messenger, Border Patrol Agent_
U.S. Department of Homeland Security

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  July 23, 2025

City and state:  Detroit, MI

Anthony P. Patti, U.S. Magistrate Judge
_Judge's signature_
_Printed name and title_

# **AFFIDAVIT**

I, Jason Messenger, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Elvin Antonio MALDONADO-MALDONADO, a native and citizen of El Salvador.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for MALDONADO-MALDONADO, for a violation of 8 U.S.C. §1326, Unlawful Re-Entry Following Removal. I have not included every fact known to law enforcement related to this investigation.

3. On or about June 3, 2014, MALDONADO-MALDONADO was encountered by United States Border Patrol agents in or near Madero, Texas. MALDONADO-MALDONADO was processed as an Expedited Removal under the name of Elvin Antonio MALDONADO and issued A# XXX XXX 343.

4. On or about October 23, 2014, MALDONADO-MALDONADO was ordered removed from the United States. MALDONADO-MALDONADO was removed to El Salvador on November 4, 2014, via Laredo, Texas.

5. On July 19, 2025, a police officer from River Rouge Police Department requested assistance from the Gibraltar Border Patrol Station with a male subject claiming to be an illegal alien and claiming to have a knife at Memorial Park in River Rouge, MI.

1

6. On July 19, 2025, at approximately 1:30 PM, a Border Patrol Agent arrived on scene and encountered MALDONADO-MALDONADO.  The agent identified themself as a Border Patrol Agent to MALDONADO-MALDONADO and conducted an immigration inspection.  The agent determined that MALDONADO-MALDONADO was an alien who unlawfully entered the United States at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States.  The agent arrested MALDONADO-MALDONADO and transported him to the Gibraltar Border Patrol Station for further processing.

7. While at the Gibraltar Border Patrol Station, MALDONADO-MALDONADO's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that MALDONADO-MALDONADO is a citizen of El Salvador, with no record of obtaining permission to re-enter the United States following his removal on November 4, 2014.

8. On or about July 19, 2025, MALDONADO-MALDONADO's prior order of removal was reinstated.

9. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10. Review of the Alien File (A# XXX XXX 343) for MALDONADO-MALDONADO, and queries in U.S. Department of Homeland Security databases confirm no record exists of MALDONADO-MALDONADO obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States after his removal from the United States on November 4, 2014.

11. Based on the above information, I believe there is probable cause to conclude that Elvin Antonio MALDONADO-MALDONADO is a native and citizen of El Salvador, who was previously removed from the United States and was thereafter found in the United States,  without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a)

Jason Messenger, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

July 23, 2025

3